

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WINSTON JOHNSON,

    Plaintiff,

CASE NO: 03-20488

v.

**CIV-GRAHAM**

BARNES & NOBLE BOOKSELLERS, INC.,
and MCROBERTS PROTECTIVE AGENCY, INC.

COMPLAINT

**MAGISTRATE JUDGE GARBER**

    Defendant.

_____/

Plaintiff, WINSTON JOHNSON, by and through undersigned counsel, sues Defendants BARNES & NOBLE BOOKSELLERS, INC., and MCROBERTS PROTECTIVE AGENCY, INC. and states and alleges as follows:

**JURISDICTION AND VENUE**

1. This suit is brought and jurisdiction lies pursuant to The Civil Rights Act of 1866, 42 U.S.C. §§ 1981 and 1988, 2000(e), diversity pursuant to 28 U.S.C. § 1332, and supplemental claims jurisdiction of state counts pursuant to 28 U.S.C. § 1367.

2. Plaintiff, WINSTON JOHNSON (hereinafter referred to as "JOHNSON"), is a Black man and a citizen of the United States, and the State of Florida, who resides in Miami-Dade County, Florida.



3. Defendant, BARNES & NOBLE BOOKSELLERS, INC. (hereinafter referred to as "B & N") is a Delaware corporation, doing business in Miami Dade County, Florida.

4. Defendant, MCROBERTS PROTECTIVE AGENCY, INC. (hereinafter referred to as "McROBERTS" is a New York corporation, doing business in Miami Dade County, Florida.

5. The amount in controversy in this action exceeds $ 75,000, exclusive of interest and costs.

6. All acts or omissions of employees of B & N and McROBERTS were committed in their role as an agent or employee in the course of their employment with their respective employer.

**STATEMENT OF FACTS**

7. On December 16, 2001, JOHNSON went to the Barnes and Noble Booksellers store located at 12405 N. Kendall Drive, Miami Florida, 33186, owned and operated by Defendant B & N.

8. JOHNSON has frequented this location of Defendant B & N several times on previous occasions and he was going to the store on this occasion to pick up a compact disk that he had previously ordered, to look for a book for a class that he was taking and to meet a co-worker.

9. While at the store, JOHNSON was looking for a book, St. Augustine <u>City of God</u>, and had trouble finding it, so he asked an employee of B & N for assistance.

10. She retrieved a printout with the book on it and began to look for the book. We were about ten feet off the main aisle and in plain sight of everyone in the store. While she was bent over, looking for the book, JOHNSON noticed that she was grasping for her overshirt in order to tuck it in for some time. So, JOHNSON took the end of her overshirt and he put it in her hand. JOHNSON did not touch any part of her body except for her hand. She said "thank you", smiled, gave him his book and then walked away.

11. JOHNSON went back to his co-worker and headed off to another section of the store, when within five minutes JOHNSON was approached by the manager, assistant manager of B & N and a security guard employed by McROBERTS.

12. The manager asked JOHNSON if he touched one of his employees. He called up the clerk who was assisting JOHNSON and asked her if JOHNSON touched her. She stated that "He touched my butt." JOHNSON was thoroughly embarrassed at the time and the manager, assistant manager, and the McROBERTS security officer ordered JOHNSON into the store's office despite JOHNSON protests and against his will.

13. The McROBERTS security guard led him through the store and the manager went behind JOHNSON to ensure that JOHNSON would follow them.

14. In the office, manager, assistant manager, and the McROBERTS security officer closed the door. The manager stood at the door, the assistant manager stood at the desk and the security guard stood in the corner of the room. The

assistant manager interrogated JOHNSON and stated, accused JOHNSON of lying and stated that the police was going to sort this out.

15. While the police came and spoke with the manager, assistant manager and clerk, the McROBERTS security guard requested that JOHNSON give him my ID and drivers license because the police would need it.

16. The McROBERTS security guard stated that issues like what occurred in my case are innocent enough, **but the standards are different for me, as a Black man, than someone else.**

17. At that time, the McROBERTS security guard took my picture and tried to get JOHNSON to sign a trespass order, attached hereto as Exhibit "A". JOHNSON refused to do so.

18. The Defendants intentionally detained the plaintiff for an unreasonable amount of time without the plaintiff's consent. The plaintiff was not free to leave.

19. The Miami-Dade police officer came into the office at that time. The police officer said, "Let me tell you something, if it were my girlfriend, I would beat the Black shit out of you." When JOHNSON tried to talk, he told JOHNSON that he did not need an excuse and he was through with JOHNSON and that JOHNSON was a "piece of shit". Then he told JOHNSON that if he were to go into another Barnes & Noble, JOHNSON would be arrested for trespass. After being chastised by the police officer, JOHNSON was permitted to leave the premises.

20. JOHNSON was never arrested, nor were any charges brought against JOHNSON.

21. As a result if the forcible restraint, detention, and false accusation, the plaintiff suffered severe emotional distress, extreme mental anguish, personal humiliation, and physical discomfort.

**COUNT I – VIOLATION OF 42 U.S.C. § 1981**

22. Plaintiff JOHNSON realleges and reincorporates the allegations in paragraphs 1 through 21, as if stated herein.

23. Section 1981 asssures that All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts … as is enjoyed by white citizens. The term make and enforce contracts includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms and conditions of the contractual relationship.

24. Defendants B & N and McROBERTS interfered with JOHNSON's contractual relationship with B & N by refusing to allow him to complete his transaction of purchasing the City of God, and by refusing to permit him from entering into further contractual relations with B & N by issuing a "trespass order" which subjects him for arrest if he attempts to patronize any store in the State of Florida.

25. JOHNSON's race was the motivating factor in Defendants' conduct as standards are different for Black men than White persons at B & N stores.

26. Upon information and belief, B & N and McROBERTS uses trespass order forms and photographs to systematically deprive Black persons of their right to contract with B & N.

27. JOHNSON is entitled to reasonable attorney's fees, including litigation expenses, and other costs in this action.

WHEREFORE, Plaintiff WINSTON JOHNSON demands judgment against Defendants BARNES & NOBLE BOOKSELLERS, INC., and MCROBERTS PROTECTIVE AGENCY, INC. for compensatory damages, including future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, punitive damages, interest, and attorney's fees and litigation costs, to enjoin Defendants BARNES & NOBLE BOOKSELLERS, INC., and MCROBERTS PROTECTIVE AGENCY, INC. from any further discriminatory acts, and grant such other and further relief as this Court deems just and equitable.

## COUNT II – FALSE IMPRISONMENT

28. Plaintiff JOHNSON realleges and reincorporates the allegations in paragraphs 1 through 21, as if stated herein.

29. The manager and assistant manager of B & N and a security guard employed by McROBERTS unlawfully detained JOHNSON, led him into the offices at the store, held him there, against his will, for two hours.

30. Such detention and imprisonment was unreasonable, unlawful and not warranted under the circumstances.

31. Defendants intended to cause JOHNSON's confinement.

32. Defendants actions against JOHNSON were malicious as such detention was without reasonable cause and in reckless disregard for JOHNSON's rights.

33. JOHNSON is entitled to reasonable attorney's fees, including litigation expenses, and other costs in this action.

WHEREFORE, Plaintiff WINSTON JOHNSON demands judgment against Defendants BARNES & NOBLE BOOKSELLERS, INC., and MCROBERTS PROTECTIVE AGENCY, INC. for compensatory damages, including future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, punitive damages, interest, and attorney's fees and litigation costs, to enjoin Defendants BARNES & NOBLE BOOKSELLERS, INC., and MCROBERTS PROTECTIVE AGENCY, INC. from any further discriminatory acts, and grant such other and further relief as this Court deems just and equitable.

THE PLAINTIFF DEMANDS A JURY TRIAL FOR ALL ISSUES SO TRIABLE.

Dated this 5 day of March, 2003.

        LAW OFFICES OF MATTHEW W. DIETZ, P.L.
        1320 South Dixie Highway, PH 1275
        Coral Gables, Florida 33146
        Phone (305) 669-2822
        Facsimile (305) 661-6477
        E-Mail: matthewdietz@usdisabilitylaw.com

        MATTHEW W. DIETZ, ESQUIRE
        FL. BAR NO.: 0084905

# McRoberts Protective Agency, Inc.
*Setting The Standard in Security Since 1876*

## TRESPASS NOTICE

Defendant's Name: Winston Johnson   Date: 12 / 16 / 01

Defendant's Address: 18825 S.W. 197th Ave.   Apt. # ___

Miami   Fla.   33187
City   State   Zip Code

I, Winston Johnson, understand that my privilege to enter all **Barnes and Noble Book Stores** is revoked in the state of Florida. If I re-enter any of these stores, I will be arrested for the crime of trespassing.

Signature ✗ _____   Date 12 / 16 / 01, Sun.
Witness ✗ _____   Date 12 / 16 / 01, Sun.

If Juvenile, Parent or Legal Guardian _____
                Print Last Name         Print First Name

Legal Guardian or Other _n/a_
                Signature

Relationship to Juvenile _n/a_

Identification Shown: Driver License # J525-880-61-410-0

Police Officer Name: W/ Delatorre

Police Officer
Or Store Detective Signature _____

Badge # (Police Officer) 4529

---

### TO BE COMPLETED BY BARNES & NOBLE

The above named individual was given this trespass notice after he/she was observed engaging in illegal conduct in the store located at 12405 S.W. 88 St. Miami, Fla. 33186
                              Store Address                Store # 2792

(Specifically), (Describe defendant's conduct, e.g. defendant was shoplifting merchandise).

_____

_____

**PLAINTIFF'S EXHIBIT A**

JS-44
(Rev. 12/96)

# CIVIL COVER SHEET

03-20488

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of this court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE SIDE ON THE FORM.)

**I.(a) PLAINTIFFS**
WINSTON JOHNSON

**DEFENDANTS**
BARNES & NOBLE BOOKSELLER, INC., and

CIV-GRAHAM

MAGISTRATE JUDGE
GARBER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ Miami-Dade County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Matthew W. Dietz, Esq., Law Offices of Matthew W. Dietz, P.L.
1320 S. Dixie Hwy, PH 1275, Coral Gables, Florida 33146. Tel: (305) 669-2822

ATTORNEYS (IF KNOWN)
Dade 03 - 20488CIV-DLC/Garber

(d) CIRCLE OF COUNTY WHERE ACTION AROSE: **DADE**, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPLE PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place Of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated or Principal Place Of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks & Banking |
| ☐ 140 Negotiable Instruments | | | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organization |
| ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 810 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence HABEUS CORPUS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 865 RSI (405(g)) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Products Liability | ☒ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A or B |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
42 U.S.C. § 1981, 28 U.S.C. § 1332, and 28 U.S.C. § 1367. This is a civil rights and false imprisonment claims against entities incorporated in another state.

**LENGTH OF TRIAL**
via 4 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23    Demand $ 75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 2/25/03   SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

878372

03/05/03