UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 03-20488-CIV-GRAHAM

WINSTON JOHNSON,

    Plaintiff,

vs.

BARNES & NOBLE BOOKSELLERS, INC.,

    Defendant.
_____/



## VERDICT FORM

Do you, the jury, find by a preponderance of the evidence:

1. That the Defendant interfered with Plaintiff's right to contract with Defendant?

    Answer: Yes or No _____Yes_____

2. That the Plaintiff's race was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer: Yes or No _____No_____

[*Note:* If you answered No to either Question No. 1 or Question No. 2, you need not answer Questions No. 3 or Question No. 4. You should proceed to answer Question 5 and Question 6].



1

3.  That the Plaintiff should be awarded damages to compensate any actual loss as a result of the Defendant's discrimination?

Answer: Yes or No ___No___

If your answer is Yes, in what amount? _____

4.  That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer: Yes or No ___No___

If your answer is Yes, in what amount? _____

5.  That the Defendants intentionally restrained or detained Plaintiff against his will?

Answer: Yes or No ___YES___

[Note: If you answered No to Question No. 5, you need not answer the remaining questions].

6.  That the Plaintiff should be awarded damages to compensate any actual loss as a result of the Defendant's false imprisonment?

Answer: Yes or No ___No___

If your answer is Yes, in what amount? _____

2

7. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer: Yes or No  ___YES___

If your answer is Yes, in what amount? __117,000__
PLUS LEGAL FEES

Foreperson's Signature: ___Lewis Robinson___ Date: __05/20/04__
Foreperson's Printed Name: __LEWIS ROBINSON__